**OATH** — **OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS**
Hearings Division

31-00 47th Avenue, 3rd Floor
Long Island City, NY 11101

# NOTICE OF DECISION

| | | |
|---|---|---|
| **TAXI AND LIMOUSINE COMMISSION**<br><br>Petitioner<br><br>-against-<br><br>MATTHEW,A,JOHNS<br>451 FULTON AVE A636,<br>HEMPSTEAD, NY 11550<br><br>Respondent | **Summons Number:** 73090726A<br>**License Number:** 5991669<br>**Hearing Date:** 10/19/2022<br>**Hearing Officer:** Elena Yun<br>**Respondent Representative:** MATTHEW A JOHNS by MANUEL MOSES<br>**Petitioner Representative:** JAMES GLYNN | **Disposition Status:** DISMISSED<br>**Total points:** 0<br>**Suspension/Revocation:** Not applicable<br>**Compliance:**<br>**Total Fine Amount:** 0 |

| Rule Number | Result | Fine | Points |
|---|---|---|---|
| 19-506(b)(1) | Dismissed No Violation/on the Merits (DISM) | $0 | 0 |

**Hearing Officer's Decision:**

The summons indicates the incident occurred on March 8, 2022 at approximately at 8:21AM in front of Terminal 5 Departures at JFK Airport. The sworn to summons states "Unlicensed Vehicle Operating For-hire: conviction may result in suspension/revocation of NYS driver?s license/vehicle registration. At above TPO I observed driver MATTHEW,A,JOHNS, NYS MID# 928480686, operating above vehicle bearing NYS plate# JLG6849, at JFK Airport Terminal 5 Departures in front of door 4. While conducting an undercover street hail operation, I further observed driver accept a street hail from another undercover TLC Officer. Driver agreed on a destination to 2222 Hempstead Turnpike for a fare of $40 dollars. As per TLC records, driver and vehicle are not duly licensed to operate for hire. Driver is also the owner of vehicle which was used for for-hire activity." The Commission advised the Issuing Officer George was no longer with the agency and therefore, unable to be produced. The Commission provided the testimony of Assisting Officer Abdurraham who the Commission advised was the undercover officer indicated on the summons to have had the interaction with the respondent on the date of the stop.

Officer Abdurraham testified he was the assisting officer on the summons and that he was on duty from 5:30 to 16:30 at JFK Airport on March 8, 2022 conducting undercover operation for unlicensed for hire activity. He stated he was hailing and when a vehicle would pull up to him and lower the window, that's when he would tell the driver his

*Elena Yun*
Hearing Officer