UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MATTHEW JOHNS, and LENA BOWEN,

                Plaintiffs,

v.

DAVID DO, TAXI AND LIMOUSINE
COMMISSION, and CITY OF NEW YORK,

                Defendants.
----------------------------------------------------------------X

JUDGMENT

23-CV-3497 (PKC) (SJB)

        A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on September 12, 2024, granting Defendants' motion to dismiss; and dismissing Plaintiffs' Amended Complaint in its entirety; it is

        ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; and that Plaintiffs' Amended Complaint is dismissed in its entirety.

Dated: Brooklyn, New York
       September 16, 2024

                                        Brenna B. Mahoney
                                        Clerk of Court

                            By:    */s/Jalitza Poveda*
                                      Deputy Clerk